IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-01630-WYD-CBS

ANGELA WILKES,

    Plaintiff,

v.

HIGHMARK LIFE INSURANCE COMPANY, and
BROADSPIRE INTEGRATED DISABILITY MANAGEMENT,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    Pending before the court is Plaintiff's Motion to Vacate and Reschedule Scheduling Conference (filed September 13, 2005; *doc. no.* 5). On the same day that Plaintiff filed the motion to reschedule, the court *sua sponte* reset the scheduling conference previously set for October 27, 2005. Currently the scheduling conference has been moved to November 17, 2005, at 1:30 p.m. Therefore, it is hereby

    **ORDERED** that Plaintiff's motion is **DENIED**, as moot.

**DATED:**    September 15, 2005