IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-01630-WYD-CBS

ANGELA WILKES,

    Plaintiff,

v.

HIGHMARK LIFE INSURANCE COMPANY, and
BROADSPIRE INTEGRATED DISABILITY MANAGEMENT,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

It is hereby **ORDERED** that Plaintiff's Unopposed Motion to Amend the Scheduling Order (filed January 31, 2006; *doc. no. 27*) is **DENIED** without prejudice and with leave to refile.

In the minute order dated December 15, 2005 (*doc. no. 20*) the court extended the deadlines as set forth in the November 17, 2005, scheduling order by thirty (30) days. A minute order of January 30, 2006 (*doc. no. 26*) extended the same deadlines by another thirty days. The proposed dates in Plaintiff's Unopposed Motion would in essence shorten the extensions as they have been previously granted.

The resetting of the settlement conference hinges upon clarification as to the set deadlines; as parties have indicated they would like to hold a settlement conference prior to the start of the briefing period.

Further, it is unclear to the court Defendants' position on Plaintiff's Motion for Leave to Amend Complaint and whether the motion is unopposed or opposed. Therefore, it is

**ORDERED** that the telephonic status conference set for **February 16, 2006, at 9:15 a.m.** remains set on the court's docket.

**DATED:**    January 31, 2006