IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-01630-WYD-CBS

ANGELA WILKES,

    Plaintiff,

v.

HIGHMARK LIFE INSURANCE COMPANY, and
BROADSPIRE INTEGRATED DISABILITY MANAGEMENT,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    It is hereby **ORDERED** that Plaintiff's Unopposed Motion for Leave to Amend the Complaint (filed January 30, 2006; *doc. no. 25*) is **GRANTED**.  As of the date of this order, the Clerk's office is instructed to accept for filing, the amended complaint (*doc no. 25-3*) tendered to the court on January 30, 2006.

**DATED:**     February 6, 2006