IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 05-cv-01630-WYD-CBS

ANGELA WILKES,

    Plaintiff,

v.

HIGHMARK LIFE INSURANCE COMPANY, and
BROADSPIRE INTEGRATED DISABILITY MANAGEMENT,

    Defendants.

_____

**ORDER RE: DEFENDANTS' UNOPPOSED MOTION TO ALLOW CLIENT REPRESENTATIVE TO PARTICIPATE IN SETTLEMENT CONFERENCE BY TELEPHONE**
_____

The Court having reviewed Defendants' Unopposed Motion to Allow Client Representative to Participate in Settlement Conference by Telephone and being duly advised in the premises and for good cause shown;

DOES HEREBY GRANT the Motion. Defendants may have their client representative participate in the April 10, 2006, Settlement Conference by telephone.

DATED at Denver, Colorado, this 7th day of April, 2006.

                                          BY THE COURT:

                                          *s/Craig B. Shaffer*
                                          Craig B. Shaffer
                                          United States Magistrate Judge