IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 05-cv-01630-WYD-CBS

ANGELA WILKES,

    Plaintiff,

v.

HIGHMARK LIFE INSURANCE COMPANY; and
BROADSPIRE INTEGRATED DISABILITY MANAGEMENT,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

The parties have filed a Joint Stipulated Motion for Dismissal With Prejudice. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and Plaintiff Angela Wilkes' claims against Defendants Highmark Life Insurance Company and Broadspire Integrated Disability Management should be dismissed with prejudice.

THEREFORE IT IS ORDERED as follows:

1. That the Joint Stipulated Motion for Dismissal With Prejudice is **APPROVED**; and

2. That Plaintiff's claims against Defendants are **DISMISSED WITH PREJUDICE**, each party to pay her or its own attorneys fees and costs.

Dated: April 24, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge